STATE v. OXNER

No. 52 PC.

No. 5 (Spring Term)

Case below: 37 N.C. App. 600.

Petition by defendant for discretionary review under G.S. 7A-31 allowed 3 November 1978.

STATE v. STALLINGS

No. 81 PC.

Case below: 37 N.C. App. 742.

Petition by defendant for discretionary review under G.S. 7A-31 denied 3 November 1978.

STATE v. STEPTOE

No. 121.

No. 8 (Spring Term)

Case below: 38 N.C. App. 243.

Motion of Attorney General to dismiss appeal for lack of substantial constitutional question denied 3 November 1978.

STATE v. TAYLOR

No. 85 PC.

Case below: 37 N.C. App. 709.

Application by defendant for further review denied 3 November 1978.

STATE v. TWIDDY

No. 77 PC.

Case below: 36 N.C. App. 155.

Petition by defendant for writ of certiorari to North Carolina Court of Appeals denied 3 November 1978.